IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HUBERT CECIL DAVIDSON, III,**
    Plaintiff,

vs.                                  CASE NO.: 3:09cv157/LAC/MD

**SGT. KASETA, et al.,**
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 14, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is denied and this case is dismissed without prejudice to its refiling accompanied by the full $350.00 filing fee, or in the alternative plaintiff's motion to proceed *in forma pauperis* is granted and this cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**